[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13037

Non-Argument Calendar

_____

ANDRE MAURICE CARSTARPHEN, JR.,

Plaintiff,

ANDRE MAURICE CARSTARPHEN, SR.,

Plaintiff-Appellant,

*versus*

KENNTH GILLESPIE,
Detective at MPD,
MATHEW SIMPSON,
Prosecutor at Daphne Municipal Court,
ROBERT H. SMITH,
Former Judge,
RONDELLA HOWARD,

2                    Opinion of the Court                    23-13037

J. SINGHTON,

                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:22-cv-00412-JB-N

_____

Before WILSON, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Andre Carstarphen, Sr., proceeding *pro se*, appeals from the magistrate judge's order directing the clerk to terminate him as a plaintiff. We lack jurisdiction to review the order because it has not been reviewed or rendered final by the district court. *See* 28 U.S.C. § 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.